## TETTAMBLE v. MISSOURI.

No. 32, Misc.   Decided March 13, 1967.

Petitioner *pro se.*

*Norman H. Anderson,* Attorney General of Missouri, and *Harold L. McFadden,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Missouri for further consideration in light of *Swenson* v. *Bosler, ante,* p. 258.

## HUDGINS v. CALIFORNIA.

No. 37, Misc.   Decided March 13, 1967.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded for further consideration in light of *Chapman* v. *California, ante,* p. 18.

MR. JUSTICE STEWART is of the opinion that certiorari should be denied because the petition was not timely filed.